UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DeMarco Taft, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:19-cv-35 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| Paramount Coffee Company, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court granted Defendant Paramount Coffee's motion for summary judgment and has dismissed Plaintiff Taft's retaliation claim. No claims remain in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.** This is a final order from which an appeal may be taken.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 29, 2020            /s/ Paul L. Maloney
                                Paul L. Maloney
                                United States District Judge